## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DARRELL DENNIS                                                                                     PLAINTIFF
ADC #85865

v.                                          4:20-cv-01017-JM-JJV

SOLOMON GRAVES; *et al.*                                                                DEFENDANTS

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2. The Plaintiff's motions at docket No. 7, 8, 9 and 11 are denied as moot.

3. Dismissal of this action is a "strike" for purposes of 28 U.S.C. § 1915(g).

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 15th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE