IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DARRELL DENNIS                                                                                    PLAINTIFF
ADC #85865

v.                                        4:20-cv-01017-JM-JJV

SOLOMON GRAVES; *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, the Complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 15th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE